IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

FILED
MAY 0 7 2001

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

UNITED STATES OF AMERICA )
    Plaintiff(s), )
vs. )
CHARLES MATTHEW BRUNSON, ESQ., Elba AL )
    (Garnishee) )
 )
VICKIE M. MORGAN )
    Defendant. )

CIVIL ACTION NO. __99-D-881-S__

## ANSWER OF GARNISHEE

Now, on this day, comes __CHARLES MATTHEW BRUNSON, ESQ.__, garnishee in the above-styled action, and for answer, to the writ of garnishment served upon me on this __2nd__ day of __May 2001__, upon oath says that:

**[X]** Defendant is employed by me and I will withhold from the salary, wages or compensation, as required by law, and will remit same to plaintiff(s) counsel on a ( ___ weekly __X__ monthly) basis.

**NOTE:** If plaintiff is U.S.A., the payment **should** be made payable to **Treasury of U. S. and mailed to the U. S. ATTORNEY'S OFFICE, P. O. BOX 197, MONTGOMERY, ALABAMA 36101.** Please reference case number on check.

___ I have in my possession or control property or money belonging to the defendant, which is not wages, salary or compensation, namely: _____

and am holding same subject to orders of the court.

___ Defendant not employed - garnishee not indebted to defendant when process was received, or when making this answer, or during intervening time, and have not in my possession or control any belongings of the defendant.

___ Other (Explain): _____

_____
Garnishee

Sworn to and signed before me this __3rd__ day of __May__, 19__2001__.

_____
Notary Public

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above has been mailed to __Vickie M. Morgan__ on this the __3rd__ day of __May__, 19__2001__.

_____
Signature (Garnishee or Agent)